## RECONSIDERATION OF PRIOR DECISIONS

2009–2310.   Dialysis Clinic, Inc. v. Levin.
Board of Tax Appeals, No. 2006–V–2389. Reported at 127 Ohio St.3d 215, 2010-Ohio-5071, 938 N.E.2d

329. On motion for reconsideration. Motion denied. Motion to strike denied as moot.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.